IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO


IN Re:                         )    KAY WOODS
                               )    U.S. BANKRUPTCY JUDGE
GARY R. COLEMAN                )
SHERRY L. COLEMAN              )
                               )
       Debtors                 )    CH 13 Case No. 09-41147
                               )
                               )    TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

        GARY R. COLEMAN
        SHERRY L. COLEMAN
        45 Higley Avenue
        Niles, OH 44446

                      $6.41

        **TOTAL:**        $6.41

2. A check in the amount of $6.41, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this __24th__ day of June, 2010.

                                    /s/ Michael A. Gallo
                                    MICHAEL A. GALLO, TRUSTEE
                                    20 Federal Plaza West
                                    Suite #602
                                    Youngstown, OH 44503
                                    (330) 743-1246


FILED
U.S. BANKRUPTCY COURT
2010 JUN 24 PM 3:29
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN


MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO


09-41147-kw    Doc 30    FILED 06/24/10    ENTERED 06/24/10 15:45:27    Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2010 JUN 24 PM 3:29
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN Re:                         )    KAY WOODS
                                   )    U.S. BANKRUPTCY JUDGE
GARY R. COLEMAN                )
SHERRY L. COLEMAN              )
                                   )
       Debtors                )    CH 13 Case No. 09-41147
                                   )
                                   )    TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

        GARY R. COLEMAN
        SHERRY L. COLEMAN
        45 Higley Avenue
        Niles, OH 44446

                      $6.41

        **TOTAL:**        $6.41

2. A check in the amount of $6.41, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this __24th__ day of June, 2010.

                                  /s/ Michael A. Gallo
                                  MICHAEL A. GALLO, TRUSTEE
                                  20 Federal Plaza West
                                  Suite #602
                                  Youngstown, OH 44503
                                  (330) 743-1246

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN Re: | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |
| GARY R. COLEMAN | ) | |
| SHERRY L. COLEMAN | ) | |
| | ) | |
| Debtors | ) | CH 13 Case No. 09-41147 |
| | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this __24th__ day of June, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: *Jennifer Buchmann*
Jennifer Buchmann - Assistant